THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYVED WOODARD, | ) Docket No. 04-141E |
| | ) (Judge Sean J. McLaughlin) |
| Plaintiff | ) |
| | ) ELECTRONICALLY FILED PLEADING |
| vs. | ) |
| | ) JURY TRIAL DEMANDED |
| PHB DIE CASTING | ) |
| | ) SUPPLEMENTAL PRETRIAL NARRATIVE |
| Defendant | ) STATEMENT OF DEFENDANT PHB DIE |
| | ) CASTING |
| | ) |
| | ) Filed on behalf of:  PHB Die Casting |
| | ) |
| | ) Counsel of record for this party: |
| | ) Richard A. Lanzillo, Esq. |
| | ) Knox McLaughlin Gornall |
| | ) & Sennett, P.C. |
| | ) 120 West 10th Street |
| | ) Erie, PA 16501 |
| | ) Telephone (814) 459-2800 |
| | ) Facsimile (814) 453-4530 |
| | ) Email rlanzillo@kmgslaw.com |
| | ) PA53811 |

**SUPPLEMENTAL PRETRIAL NARRATIVE STATEMENT
OF DEFENDANT PHB DIE CASTING**

Defendant, PHB Die Casting, through its counsel, Knox McLaughlin Gornall & Sennett, P.C., files the following Supplemental Pretrial Narrative Statement:

Defendant, PHB Die Casting, ("PHB"), previously filed its Pretrial Narrative Statement in this action.  Defendant's Pretrial Narrative Statement designated plaintiff's medical records as exhibits.  By way of further clarification, PHB specifically designates all records of Ted Urban, Ed.D. the Occupational Health Center, Erie, Pennsylvania, Jerome L. Troncone, Psy.D., Hamot Medical Center, St. Vincent Health Center, and all medical records

-2-

relating to any injury, illness, or condition allegedly suffered by plaintiff prior to or during his employment at PHB. PHB also reserves the right to call any physician or medical practitioner who authored any of the foregoing records and/or any custodian with respect to the preparation and maintenance of such records.

PHB previously designated Robert M. Wettstein, M.D. as an expert witness in this case. PHB has received Dr. Wettstein's expert report dated August 22, 2005, a copy of which is attached hereto as Exhibit A.

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL &
    SENNETT, P.C.

    BY: /s/ Richard A. Lanzillo, Esq.
       Richard A. Lanzillo, Esquire
       120 West Tenth Street
       Erie, PA 16501
       Telephone (814) 459-2800
       Facsimile (814) 453-4530
       Email rlanzillo@kmgslaw.com
       PA53811

       Attorneys for Defendant,
       PHB Die Casting

# 630186