IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYVED WOODARD,<br>    Plaintiff | :<br>:<br>: |
| v. | : NO.  04-141E |
| PHB DIE CASTING,<br>    Defendant | :<br>:<br>:<br>: |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that Dayved Woodard, plaintiff in the above captioned case, hereby Appeals to the United States Court of Appeals for the Third Circuit from the Order granting defendant's Motion for Summary Judgment entered in this action on the 18th day of November 2005.

Respectfully submitted,
Yochim, Skiba, Johnson, & Nash

By: _____
Wayne G. Johnson, Jr., Esq.
345 West Sixth Street
Erie, PA 16507
814/454-6345
Attorney for Plaintiff
PA I.D. #77433

30678-lit