CA 04-141 E
appeal filing fee
receipt #
06-139

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
          ERIE Division

    # 06000139 - JD
    December 19, 2005


Code    Case #    Qty       Amount

APPEAL D 04-141ca E   1 @  255.00
                            255.00 CH


TOTAL→                      255.00


FROM: WAYNE JOHNSON
      345 WEST 6TH
      ERIE, PA 16507
```