UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-5485

DAVYED WOODARD,
Appellant

v.

PHB DIE CASTING

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 04-cv-00141-E)
District Judge: Honorable Sean J. McLaughlin

Submitted Under Third Circuit LAR 34.1(a)
November 2, 2007

Before: SLOVITER, BARRY and WEIS, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On November 2, 2007 in consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered November 18, 2005, be and the same is hereby affirmed. Costs taxed against Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: November 6, 2007

Marcia M. Waldron, Clerk

Certified as a true copy and issued in lieu
of a formal mandate on 11/28/07

Teste: _Marcia M. Waldron_
Clerk, U.S. Court of Appeals for the Third Circuit