OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4938 |

www.ca3.uscourts.gov

November 28, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
17 South Park Row
Room A-150
Erie, PA  16501

RE: Docket No. 05-5485
    Woodard  vs. PHB Die Casting
    D.C. No. 04-cv-00141E

Dear Mr. Barth:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (X) We return herewith the certified record 1 BOX in the case(s).

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                        By:   Tonya Y. Wyche
                              Case Manager

Enclosure

cc:
    Mr. Davyed Woodard
    Richard A. Lanzillo, Esq.

*Roberto Mattos*
*267-299-4910*

RECEIVED
DEC - 3 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Documents 1-34